FILED

Jonathan Schwartz   State Bar No. 49770
4640 Admiralty Way
Fifth Floor
Marina del Rey, California 90292
(310) 496-5770

2012 MAR -6 PM 3: 24

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

Attorney for Plaintiff,
LESLEY ANN LAWSON

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLEY ANN LAWSON,<br><br>                Plaintiff,<br><br>vs.<br><br>AURUM ADVISORS, a business organization form unknown,<br><br>                Defendant. | Case No.: **CV 12 1908 -JCG**<br><br>COMPLAINT FOR FRAUD; PUNITIVE DAMAGES; JURY DEMAND |

Plaintiff LESLEY ANN LAWSON ("Plaintiff") alleges as follows:

Jurisdiction and Venue

1. Plaintiff alleges that jurisdiction exists in the Court pursuant to 28 U.S.C. § 1332(a)(2) (Diversity Jurisdiction) as Plaintiff is a citizen of Texas and Defendant is a citizen of California. The amount of controversy exceeds $75,000.

2. Plaintiff alleges that this action is properly venued before this court pursuant to 28 U.S.C. § 1391(a)(3) because Defendant is subject to personal jurisdiction in this District and there is no other District in which this action may be brought.

1

COMPLAINT FOR FRAUD; PUNITIVE DAMAGES; JURY DEMAND

## Parties

3. Plaintiff LESLEY ANN LAWSON ("LAWSON") is an individual over 18 years of age and now resides in Luling, Texas.

4. Defendant AURUM ADIVSORS is a business entity, form unknown, with its prinicpal place of business at 1801 Century Park East, 27th Floor, Los Angeles, California 90067.

## General Allegations

5. Plaintiff is a sixty-three year old individual, retired, living on and operating a small ranch in Luling, Texas. She was formerly employed for Southwestern Bell. At age 52 she retired and, later, took early Social Security. At that time she was the owner of an individual retirement account (a 401(k)) which she had funded while employed at Southwestern Bell and which contained mostly AT&T stock with the approximate value of $386,000.

6. In late April or early May of 2010 after experiencing a significant decline in value of the AT&T stock in her IRA account, she decided to sell the stock and invest in precious metals to prevent further losses. At or about that time she located Defendant AURUM ADVISORS on the internet as an entity through which one could obtain information about and purchase precious metals. She called there, and was connected to Patrick Peterson. She told Mr. Peterson she was interested in converting her IRA account to precious metals and that she had reviewed the AURUM ADVISORS website and wanted information and advice about the process. Initially, the discussion centered on the purchase of gold, as to which Mr. Peterson advised that she should invest in "gold certified coins" "because those could not be confiscated by the government." Several days later, after sending Plaintiff a brochure and several other documents, Plaintiff was contacted by Patrick Peterson who again recommended that she purchase what he called "certified coins" which he also referred to as "proofs." He recommended that Plaintiff purchase both gold American Eagle proofs and silver American Eagle proofs. During approximately two weeks

2

COMPLAINT FOR FRAUD; PUNITIVE DAMAGES; JURY DEMAND

following that conversation Plaintiff was instructed to open a "depository account" at a company known as Sterling Trust and to forward to AURUM ADVISORS the contents of her IRA account, which at that time consisted of the liquidated proceeds of the sale of the AT&T stock, in the amount of $368,716.16.

7. After the above-described receipt of funds, Plaintiff was again contacted by Patrick Peterson who indicated that he had an opportunity for Plaintiff to buy silver proof coins since one of their institutional investors was selling a lot of silver and she could get "a really good deal." A few days later Patrick Peterson called again and told her that she needed to hurry as the price was about to go up and she could realize an immediate profit of $40,000 on silver proof coins if she acted quickly. At that point, (June 9, 2010), Plaintiff agreed to the transaction. When it was completed Patrick Peterson assured Plaintiff that she had already made at least $40,000 on the deal.

8. Although Plaintiff did not realize it at the time of the transaction, she had purchased 2,810 Silver American Eagle One Ounce Proof Coins, at a price of $131 per coin, or more than twice what they were worth in the marketplace.

9. The representations made by Patrick Peterson on behalf of Defendant were fraudulent in several material respects. American Eagle One Ounce Silver Proof coins are of the kind purchased by coin collectors, not investors in silver. Such coins have only a tenuous relationship to the underlying price of the metal, are intended for coin collectors, and are bought and sold at extremely high markups and trading spreads (the difference between the buy and sell price at any given time). At all relevant times, defendant's representatives were well aware that Plaintiff was an investor, and not a coin collector. At the time Plaintiff was encouraged to purchase 2,810 American Eagle One Ounce Proof Silver Coins for approximately $131.00 each, the actual value of such coins in the marketplace was somewhere between $50 and $60 each. The

COMPLAINT FOR FRAUD; PUNITIVE DAMAGES; JURY DEMAND

market price of standard one-ounce silver bullion coins at the time was approximate $20.00 per coin.

10. As a result of, and in reliance on, the materially false information provided to Plaintiff by Defendant's representative, Plaintiff was induced to purchase and did purchase "proof" coins suitable for collectors, for at least double the prevailing price of such coins at the time. Equally important, market prices for such coins have virtually no linkage with the price of silver. As a result of this, Plaintiff was prevented from participating in the subsequent increase in the price of silver bullion coins, which is what she had intended, and what she had requested before she was 'switched' and misled into buying the 'proof' coins, on which defendant made far more money. As of February, 2012 , standard one-ounce silver bullion coins had increased in value from approximately $ 20.00 per coin at the time of Plaintiff's purchase, to approximately $ 39.25 per coin. Had defendant sold Plaintiff standard one-ounce silver bullion coins, Plaintiff would have purchased 18,435 such coins, worth approximately $723,000 at today's prevailing prices, which would reflect a profit of approximately $350,000. , By comparison, the so-called "proof" coins that Plaintiff was encouraged to purchase, for which she paid more than twice market value, are today worth no more than they were at the time of Plaintiff's transaction, or approximately $168,000.

## CAUSE OF ACTION – FRAUD - PUNITIVE DAMAGES

11. The allegations set forth in paragraphs 1 through 10 are realleged and incorporated herein as though fully set forth.

12. The representations made to Plaintiff by Defendant's representative were within the course and scope of his employment and were materially false and made for the purpose of inducing Plaintiff to rely upon them which she did, to her damage.

13. Defendant acted with fraud, oppression and malice in making the representations

COMPLAINT FOR FRAUD; PUNITIVE DAMAGES; JURY DEMAND

alleged herein to Plaintiff.

14. As a direct and proximate result of the fraudulent conduct of Defendant, Plaintiff has suffered damages, at a minimum of $555,000, but in an amount to be proven at trial.

## JURY TRIAL DEMANDED

15. Plaintiff demands a jury on all issues for which a jury trial is provided by right.

## PRAYER

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

1. For general and specific damages according to proof but at a minimum of $555,000
2. For punitive damages to be determined at the time of trial          .
3. For costs.
4. For pre and post-judgment interest.
5. For such other relief and further relief as the court deems just.

Dated:  March 5, 2012          LAW OFFICES OF JONATHAN SCHWARTZ

_____
Jonathan Schwartz
Attorney for Plaintiff LESLEY ANN LAWSON

5

COMPLAINT FOR FRAUD; PUNITIVE DAMAGES; JURY DEMAND